DIGGS et al. v. LOUISVILLE & N. R. CO. (Circuit Court of Appeals, Sixth Circuit. November 5, 1907.) No. 1,684. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. Pickle, Turner & Kennerly and Black & Black, for plaintiffs in error. Cornick, Wright & Frantz and James G. Johnson, for defendants in error. No opinion. Writ of error dismissed for want of jurisdiction. See 158 Fed. 97.

---

LOUISVILLE NATIONAL BANKING CO. v. PFAFFINGER. (Circuit Court of Appeals, Sixth Circuit. January 7, 1908.) No. 1,729. Appeal from the District Court of the United States for the Western District of Kentucky. Wm. M. Smith, for appellant. Joseph E. Conkling, for appellee. No opinion. Appeal dismissed for want of jurisdiction. See 154 Fed. 523.

---

NATIONAL TUBE CO. et al. v. AIKEN. (Circuit Court of Appeals, Sixth Circuit. November 16, 1907.) No. 1,764. Petition for Revision of Proceedings in the Circuit Court of the United States for the Northern District of Ohio. J. Snowden Bell and James I. Kay, for petitioners. Christy & Christy, for respondent. No opinion. Petition denied. See 157 Fed. 691.

---

THE SITKA (two cases). THE ELIZA H. STRONG. (Circuit Court of Appeals, Second Circuit. April 14, 1908.) Appeals from the District Court of the United States for the Western District of New York. Albert J. Gilchrist and George S. Potter, for appellant. Harvey L. Brown and J. B. Richards, for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree (156 Fed. 427) affirmed, with interest and costs. A majority of the court concur with the District Judge.